UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JET REMODELING,

        Plaintiff,

vs.                                              CASE NO. 6:07-CV-758-ORL-19KRS

SHAH MOHAMMED,

        Defendant.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 3, filed May 29, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 3) is **ADOPTED and AFFIRMED.** The Application to Proceed Without Prepayment of Fees (Doc. No. 2, filed May 3, 2007) is **DENIED,** and the Complaint is dismissed without prejudice. If Jet Remodeling pays the filing fee and an attorney who is a member of the bar of this Court files an appearance on its behalf, Jet Remodeling is thereby given leave to file an amended complaint to allege a basis for this Court to exercise jurisdiction. Plaintiff is given eleven (11) days from the date of this Order to obtain counsel admitted before this court, to file an amended complaint, and to pay the required filing fee.

**DONE AND ORDERED** at Orlando, Florida, this ___19th___ day of June, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Counsel of Record